PER CURIAM.
The decree appealed from should be affirmed on authority of Sumter County State Bank v. Hays, 68 Fla. 473, 67 So. 109, as limited by Robertson v. Northern Motor Securities Co., 105 Fla. 644, 142 So. 226; B. L. E. Realty Corporation v. Shepard, 107 Fla. 380, 144 So. 880. See also First & Lumbermen’s Nat. Bank of Chippewa *311 Falls v. Buchholz, 220 Minn. 97, 18 N.W.2d 771; Cooke v. Real Estate Trust Co., 180 Md. 133, 22 A.2d 554; Williams v. Kessler, Mo.App., 295 S.W. 482; and Beutel’s Brauman, N.I.L., 6th ed., p. 581 et seq.; Rich v. Hunter, 147 Fla. 724, 3 So.2d 393.
It is so ordered.
DREW, C. J., and TERRELL, HOB-SON and O’CONNELL, JJ., concur.